No. 259. STENECK ET AL. *v.* NEW JERSEY. October 10, 1938. Petition for writ of certiorari to the Hudson County Court of Quarter Sessions, of New Jersey, denied. *Mr. Edward A. Markley* for petitioners. *Messrs. Frank G. Schlosser* and *Atwood C. Wolf* for respondent. 

No. 261. FORD MOTOR Co. *v.* CULLUM. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. Austin Wier* for petitioner. No appearance for respondent.

No. 262. HARTFORD ACCIDENT & INDEMNITY Co. *v.* COLLINS. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. P. Pujo* for petitioner. *Mr. J. O. Modisette* for respondent.

No. 268. HIRAM WALKER & SONS, INC., *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Benjamin A. Levett* for petitioner. *Solicitor General Jackson* and *Mr. Edward J. Ennis* for the United States.

No. 272. MEMPHIS FURNITURE MFG. Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Hamilton E. Little* for petitioner. *Solicitor General Jackson,* and *Messrs. A. H.*

*Feller, Charles A. Horsky, Charles Fahy,* and *Robert B. Watts* for respondent.

No. 273. FEDERAL RESERVE BANK *v.* LEVY. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Shippen Lewis* for petitioner. *Mr. Louis Levinson* for respondent.

No. 278. UTAH POWER & LIGHT Co. *v.* PROVO CITY ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Utah denied. *Mr. A. J. G. Priest* for petitioner. *Messrs. William A. Hilton* and *Elias Hansen* for respondents.

No. 279. CURTIS BAY TOWING Co. *v.* DEAN. October 10, 1938. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Mr. William L. Marbury, Jr.* for petitioner. *Messrs. George Forbes* and *Henry L. Wortche* for respondent.

No. 280. CHICAGO TELEPHONE SUPPLY Co. *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Claims denied. *Mr. Edward J. Metzdorf* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 282. CLEVELAND CLINIC FOUNDATION ET AL. *v.* HUMPHRYS ET AL. October 10, 1938. Petition for writ